```
___FILED    ___ENTERED
___LODGED   ___RECEIVED

MAR - 8 2010

       AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

09-CV-01455-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY SMITH,  )
             )
  Petitioner, )  Case No. C09-1455-JLR
             )
  v.         )
             )  **ORDER OF DISMISSAL**
RON FRAKER,  )
             )
  Respondent. )
             )

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition and amended petition for writ of habeas corpus (Dkt. 6, 8), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition and amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (Dkt. 8) are **DENIED** and the case is **DISMISSED** with prejudice.

(3) Issuance of a certificate of appealability is **DENIED**.

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Brian A. Tsuchida.

DATED this 8th day of March, 2010.

JAMES L. ROBART
United States District Judge

ORDER – 1